FILED

06/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0149

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0149

******

| | |
|---|---|
| MARK S. IBSEN, M.D., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| MONTANA STATE BOARD OF | ) |
| MEDICAL EXAMINERS, | ) |
| | ) |
| Appellee. | ) |
| | ) |

**ORDER – 30 DAY EXTENSION FOR APPELLANT'S OPENING BRIEF**

This matter came before this Court on the 2nd day of June 2021, upon the written motion of Mark S. Ibsen, M.D, the Appellant herein, by undersigned counsel, John P. Flannery, II, Esq, to move this Honorable Court for 30 days of additional time to file an opening brief, presently due on or about June 9, 2021, so that Appellant may file the opening brief on July 9, 2021 instead;

**WHEREAS**, this is Appellant's first request for an extension of time, Appellant has competing family medical obligations, and, Appellant has reached out to Appellee and obtained consent from opposing counsel on behalf of the Board of Medical Examiners, it is accordingly,

1

**HEREBY ORDERED AND DECREED**, that Appellant's motion for a 30-day extension is granted, and Appellant's Opening Brief may be filed, as requested, on July 9, 2021.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _____ day of June, 2021.

Signed: _____

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2021